UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


ANDREW D. SHERADIN
                Petitioner

      v.                                **Judgment in a Civil Case**

TRACY JOHNS

                Respondent             Case Number: 5:10-HC-2086-D


**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration of the petition for writ of habeas corpus.


**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.


This Judgment Filed and Entered on February 1, 2011, with service on:
Andrew D. Sheradin  54108-053, Federal Correctional Institution, P.O. Box 1500, Butner, NC 27509 (via U.S. Mail)
Joshua B. Royster (via CM/ECF Notice of Electronic Filing)


February 1, 2011                /s/ Dennis P. Iavarone
                               Clerk


Raleigh, North Carolina